No. 321. CHARLES WILSON, ARRESTED UNDER THE NAME OF CHARLES WILLARD, APPELLANT, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Northern District of Illinois. Motion to dismiss submitted April 28, 1913. Decided May 5, 1913.

*Per Curiam.* Appeal dismissed upon the authority of *Johnson* v. *Hoy,* 227 U. S. 245. *Mr. Elijah N. Zoline* for the appellant. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the appellee.